**A CERTIFIED TRUE COPY**

JAN - 8 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
**JANUARY 17, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 8 2007

FILED
CLERK'S OFFICE

**07 C 0610**

**JUDGE NORGLE**

DOCKET NO. 1604

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION*

*James L. Standly v. Ocwen Financial Corp., et al.*, N.D. Texas, C.A. No. 3:06-2010

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Standly*) on December 5, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Standly* filed a notice of opposition to the proposed transfer. Plaintiff in *Standly* subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-31" filed on December 5, 2006, is LIFTED. The action is transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Charles R. Norgle, Sr.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

January 8, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

*James L. Standly v. Ocwen Financial Corp., et al.*, N.D. Texas, C.A. No. 3:06-2010

Dear Mr. Dobbins:

A conditional transfer order was filed in the above matter on December 5, 2006. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore enclosing a certified copy and one additional copy of today's order lifting the stay of the conditional transfer order and transferring the action to your district pursuant to 28 U.S.C. § 1407. The order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Enclosures

cc:   Transferee Judge: Judge Charles R. Norgle, Sr.
      Transferor Judge: Judge Sam A. Lindsay
      Transferor Clerk: Karen S. Mitchell

JPML Form 68

## INVOLVED COUNSEL LIST
## DOCKET NO. 1604
## IN RE OCWEN FEDERAL BANK FSB MORTGAGE SERVICING LITIGATION

Brian P. Brooks
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

Richard G. Carlston
Miller, Starr & Regalia
1331 North California Blvd.
Fifth Floor
Walnut Creek, CA 94596

Mark D. Cronenwett
Cowles & Thompson, P.C.
901 Main Street
Suite 4000
Dallas, TX 75202

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Christopher S. Hamilton
Standly & Hamilton, LLP
325 N. St. Paul Street
Suite 3300
Dallas, TX 75201

Niall P. McCarthy
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010